# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *San Jose Division*

**FILED**

JUL 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## THE UNITED STATES OF AMERICA

*vs.*

DENNIS COLLINS, aka "Iowa," CHRISTOPHER WAYNE COOPER, aka
"Anthrophobic,"JOSHUA JOHN COVELLI, aka "Absolem, and, "Toxic,"
KEITH WILSON DOWNEY, MERCEDES RENEE HAEFER,aka "No," and "mmmm,"
DONALD HUSBAND, aka "Ananon," VINCENT CHARLES KERSHAW, aka "Trivette,"
"Triv," and "Reaper,"ETHAN MILES, JAMES C. MURPHY, DREW ALAN PHILLIPS,
aka "Drew010," JEFFREY PUGLISI,aka "Jeffer," "Jefferp," and "Ji," DANIEL SULLIVAN,
TRACY ANN VALENZUELA, CHRISTOPHER QUANG VO,

# INDICTMENT

**COUNT 1:**        18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

**COUNTS 2 -15:**   18 U.S.C. §§ 1030(a)(5)(A),(c)(4)(A)(i)(I), (c)(4)(B)(I) - Intentional
                    Damage to a Protected Computer.

*A true bill.*

*Mary Elizabeth Sladek*
*Foreperson*

*Filed in open court this*  __13th__  *day of*  __July__

*A.D. 2011*

_United States Magistrate Judge_

*Bail. $* ___No Bail Arrest Warrants all defendants___

DOCUMENT NO.

DISTRICT COURT
CRIMINAL CASE PROCES

MELINDA HAAG (CABN 132612)
United States Attorney





FILED

2011 JUL 13 P 2: 33

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIF. SAN JOSE

SEALED BY ORDER
OF THE COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

# CR11 00471   JF
# PSG

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DENNIS COLLINS,
    aka "Iowa,"
CHRISTOPHER WAYNE COOPER,
    aka "Anthrophobic,"
JOSHUA JOHN COVELLI,
    aka "Absolem, and, "Toxic,"
KEITH WILSON DOWNEY,
MERCEDES RENEE HAEFER,
    aka "No," and "MMMM,"
DONALD HUSBAND,
    aka "Ananon,"
VINCENT CHARLES KERSHAW,
    aka "Trivette," "Triv," and "Reaper,"
ETHAN MILES,
JAMES C. MURPHY,
DREW ALAN PHILLIPS,
    aka "Drew010,"
JEFFREY PUGLISI,
    aka "Jeffer," "Jefferp," and "Ji,"
DANIEL SULLIVAN,
TRACY ANN VALENZUELA,
CHRISTOPHER QUANG VO,

    Defendants.

No. CR-

VIOLATIONS:18 U.S.C.§§1030(b),
(c)(4)(A)(i)(I) – Conspiracy, ; 18 U.S.C. §§
1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) –
Intentional Damage to a Protected
Computer; 18 U.S.C. § 2 – Aiding and
Abetting.

(SAN JOSE VENUE)

**Filed Under Seal**

INDICTMENT

INDICTMENT

1   The Grand Jury charges:

2   Introductory Allegations:

3       At all times relevant to this Indictment:

4       1.      PayPal, Inc. ("PayPal") was an e-commerce business, wholly-owned by eBay,

5   Inc., with headquarters and computer servers located in San Jose, California, that enabled

6   payments and money transfers to be made over the Internet.  These online money transfers served

7   as electronic alternatives to traditional paper payment methods, such as checks and money orders.

8   PayPal required its customers to abide by its terms of service, and conducted business in

9   interstate and foreign commerce.  PayPal's computers were used in and affecting interstate and

10  foreign commerce and communication.

11      2.      WikiLeaks was an international non-profit organization that published

12  submissions of otherwise unavailable documents from anonymous sources.  The WikiLeaks

13  website stated that WikiLeaks provided an innovative, secure, and anonymous way for

14  independent sources to leak information.  WikiLeaks' only revenue stream was through

15  donations, and it conducted its collection of donations through PayPal, among others.  Julian

16  Assange was the founder, main spokesperson, and editor-in-chief for WikiLeaks.

17      3.      Anonymous, also known as AnonOps ("Anonymous"), was an online collective of

18  individuals that was associated with collaborative hacking attacks motivated by political and

19  social goals, often referred to as "hactivism."

20      4.      A Distributed Denial of Service ("DDoS") was a hacking attack that attempted to

21  render a computer resource unavailable to its intended users.  One common DDoS attack

22  attempted to saturate the target computer or network with external communications requests,

23  such that the target could not respond to legitimate traffic, or responded so slowly as to render the

24  target effectively unavailable.

25      5.      A Low Orbit Ion Cannon ("LOIC") was an open source computer program that

26  was originally designed as a network stress testing application, but which was also used as a tool

27  by DDoS attackers.  Attackers used LOIC to send extremely large amounts of packets or

28  requests over a network in an attempt to overwhelm a target.  Attackers configured LOIC in two

INDICTMENT                              2

ways: Manual mode or HIVE mode.  In Manual mode, an individual attacker had to enter a specific target, such as the IP address or the http address of the target.  The HIVE mode enabled an attacker to connect their LOIC to an Internet Relay Chat Server, which allowed a third party to control at which specific target all HIVE-mode LOIC attackers would be aimed.

Anonymous DDoS Attacks on PayPal:

6.      In late November 2010, WikiLeaks released a large amount of classified United States State Department cables on its website.  Citing violations of the PayPal terms of service, and in response to WikiLeaks' release of the classified cables, PayPal suspended WikiLeaks' accounts such that Wikileaks could no longer receive donations via PayPal.  WikiLeaks' website declared that PayPal's action "tried to economically strangle WikiLeaks."

7.      In retribution for PayPal's termination of WikiLeaks' donation account, Anonymous co-ordinated and executed DDoS attacks against PayPal's computer servers using LOIC.  Anonymous referred to these co-ordinated attacks on PayPal as "Operation Avenge Assange."

COUNT ONE:        (18 U.S.C. § 1030(b) – Conspiracy to Commit Intentional Damage to a Protected Computer)

8.      The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

9.      On or about a date unknown but at least by December 6, 2010, and continuing to on or about December 10, 2010, in the Northern District of California and elsewhere, the defendants,

DENNIS COLLINS,
aka "Iowa,"
CHRISTOPHER WAYNE COOPER,
aka "Anthrophobic,"
JOSHUA JOHN COVELLI,
aka "Absolem, and, "Toxic,"
KEITH WILSON DOWNEY,
MERCEDES RENEE HAEFER,
aka "No," and "MMMM,"
DONALD HUSBAND,
aka "Ananon,"
VINCENT CHARLES KERSHAW,
aka "Trivette," "Triv," and "Reaper,"

INDICTMENT                                3

ETHAN MILES,
DREW ALAN PHILLIPS,
aka "Drew010,"
JEFFREY PUGLISI,
aka "Jeffer," "Jefferp," and "Ji,"
DANIEL SULLIVAN,
TRACY ANN VALENZUELA,
CHRISTOPHER QUANG VO,

did knowingly conspire and agree with each other and other persons known and unknown to the

Grand Jury to commit Intentional Damage to a Protected Computer, in violation of 18 U.S.C. §§

1030(a)(5)(A), (c)(4)(A)(i)(I), & (c)(4)(B)(I), that is to commit a DDoS attack on PayPal's

protected computers.

All in violation of Title 18, United States Code, Sections 1030(b) & (c)(4)(A)(i)(I).

COUNT TWO:          (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                    Intentional Damage to a Protected Computer, Aiding and Abetting)

10.     The factual allegations contained in Paragraphs 1 through 7 are realleged

and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern

District of California and elsewhere, the defendant,

DENNIS COLLINS,
aka "Iowa,"

knowingly caused the transmission of a program, information, code, and command, that is,

LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

(c)(4)(B)(i), & 2.

COUNT THREE:        (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                    Intentional Damage to a Protected Computer, Aiding and Abetting)

11.     The factual allegations contained in Paragraphs 1 through 7 are realleged

INDICTMENT                              4

1 | and incorporated herein by reference as if set forth in full.

2 |                     On or about between December 6, 2010 and December 10, 2010 , in the Northern

3 | District of California and elsewhere, the defendant,

4 |                         CHRISTOPHER WAYNE COOPER,
                              aka "Anthrophobic,"

5 |

6 | knowingly caused the transmission of a program, information, code, and command, that is,

7 | LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

8 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

9 | the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

10 | value.

11 |     All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

12 | (c)(4)(B)(i), & 2.

13 | <u>COUNT FOUR:</u>      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
Intentional Damage to a Protected Computer, Aiding and Abetting)

14 |

15 |       12.    The factual allegations contained in Paragraphs 1 through 7 are realleged

16 | and incorporated herein by reference as if set forth in full.

17 |                     On or about between December 6, 2010 and December 10, 2010 , in the Northern

18 | District of California and elsewhere, the defendant,

19 |                          JOSHUA JOHN COVELLI,
                       aka "Absolem, and, "Toxic,"

20 |

21 | knowingly caused the transmission of a program, information, code, and command, that is,

22 | LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

23 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

24 | the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

25 | value.

26 |     All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

27 | (c)(4)(B)(i), & 2.

28 | ///

INDICTMENT                    5

COUNT FIVE:     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

13.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

KEITH WILSON DOWNEY,

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT SIX:      (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

14.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

MERCEDES RENEE HAEFER,
aka "No," and "MMMM,"

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

INDICTMENT                              6

(c)(4)(B)(i), & 2.

COUNT SEVEN:    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

15.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

DONALD HUSBAND,
aka "Ananon,"

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i), & 2.

COUNT EIGHT:    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                Intentional Damage to a Protected Computer, Aiding and Abetting)

16.    The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

VINCENT CHARLES KERSHAW,
aka "Trivette," "Triv," and "Reaper,"

knowingly caused the transmission of a program, information, code, and command, that is, LOIC, and, as a result of such conduct, intentionally caused damage without authorization to protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

INDICTMENT                              7

1   value.

2   All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

3   (c)(4)(B)(i), & 2.

4   COUNT NINE:   (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                  Intentional Damage to a Protected Computer, Aiding and Abetting)

5

6       17.   The factual allegations contained in Paragraphs 1 through 7 are realleged

7   and incorporated herein by reference as if set forth in full.

8       On or about between December 6, 2010 and December 10, 2010 , in the Northern

9   District of California and elsewhere, the defendant,

10                      ETHAN MILES,

11  knowingly caused the transmission of a program, information, code, and command, that is,

12  LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

13  protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

14  the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

15  value.

16  All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

17  (c)(4)(B)(i), & 2.

18  COUNT TEN:   (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                 Intentional Damage to a Protected Computer, Aiding and Abetting)

19

20      18.   The factual allegations contained in Paragraphs 1 through 7 are realleged

21  and incorporated herein by reference as if set forth in full.

22      On or about between December 6, 2010 and December 10, 2010 , in the Northern

23  District of California and elsewhere, the defendant,

24                    JAMES C. MURPHY,

25  knowingly caused the transmission of a program, information, code, and command, that is,

26  LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

27  protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

28  the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

INDICTMENT                              8

1   value.

2       All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

3   (c)(4)(B)(i), & 2.

4   <u>COUNT ELEVEN:</u>   (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                       Intentional Damage to a Protected Computer, Aiding and Abetting)

5

6       19.    The factual allegations contained in Paragraphs 1 through 7 are realleged

7   and incorporated herein by reference as if set forth in full.

8           On or about between December 6, 2010 and December 10, 2010 , in the Northern

9   District of California and elsewhere, the defendant,

10                    DREW ALAN PHILLIPS,
                      aka "Drew010,"

11

12  knowingly caused the transmission of a program, information, code, and command, that is,

13  LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

14  protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

15  the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

16  value.

17      All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

18  (c)(4)(B)(i), & 2.

19  <u>COUNT TWELVE:</u>   (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                       Intentional Damage to a Protected Computer, Aiding and Abetting)

20

21      20.    The factual allegations contained in Paragraphs 1 through 7 are realleged

22  and incorporated herein by reference as if set forth in full.

23          On or about between December 6, 2010 and December 10, 2010 , in the Northern

24  District of California and elsewhere, the defendant,

25                    JEFFREY PUGLISI,
           aka "Jeffer," "Jefferp," and "Ji,"

26

27  knowingly caused the transmission of a program, information, code, and command, that is,

28  LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

INDICTMENT                 9

1 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

2 | the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

3 | value.

4 |    All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

5 | (c)(4)(B)(i), & 2.

6 | <u>COUNT THIRTEEN:</u>     (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) – Intentional Damage to a Protected Computer, Aiding and Abetting)

7

8 |     21.   The factual allegations contained in Paragraphs 1 through 7 are realleged and incorporated herein by reference as if set forth in full.

9

10 |       On or about between December 6, 2010 and December 10, 2010 , in the Northern District of California and elsewhere, the defendant,

11

12 |               DANIEL SULLIVAN,

13 | knowingly caused the transmission of a program, information, code, and command, that is,

14 | LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

15 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

16 | the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

17 | value.

18 |    All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

19 | (c)(4)(B)(i), & 2.

20 | <u>COUNT FOURTEEN:</u>    (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) – Intentional Damage to a Protected Computer, Aiding and Abetting)

21 |     22.   The factual allegations contained in Paragraphs 1 through 7 are realleged

22 | and incorporated herein by reference as if set forth in full.

23 |       On or about between December 6, 2010 and December 10, 2010 , in the Northern

24 | District of California and elsewhere, the defendant

25 |          TRACY ANN VALENZUELA,

26 | knowingly caused the transmission of a program, information, code, and command, that is,

27 | LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

28 | protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

INDICTMENT                10

1  the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

2  value.

3     All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

4  (c)(4)(B)(i), & 2.

5  <u>COUNT FIFTEEN:</u>   (18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B)(i) & (2) –
                          Intentional Damage to a Protected Computer, Aiding and Abetting)
6

7     23.   The factual allegations contained in Paragraphs 1 through 7 are realleged

8  and incorporated herein by reference as if set forth in full.

9            On or about between December 6, 2010 and December 10, 2010 , in the Northern

10 District of California and elsewhere, the defendant

11                   CHRISTOPHER QUANG VO,

12 knowingly caused the transmission of a program, information, code, and command, that is,

13 LOIC, and, as a result of such conduct, intentionally caused damage without authorization to

14 protected computers at PayPal, and caused loss to 1 or more persons during a 1-year period from

15 the defendant's course of conduct affecting protected computers aggregating at least $5,000 in

16 value.

17    All in violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(A)(i)(I),

18 (c)(4)(B)(i), & 2.

19

20 DATED:                              A TRUE BILL.

21                                    _Mary Elizabeth Sladek_
                                      FOREPERSON

22

23 MELINDA HAAG
   United States Attorney
24

25 MATTHEW A. PARRELLA
   Chief, CHIP Unit
26

27 (Approved as to form: _____ )
                        AUSAs PARRELLA & CHEW
28

INDICTMENT                          11

AO 257 (Rev. 6/78)

SEA... BY ORDER
OF THE COURT

FILED

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count;
$250,000 fine each count.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2011 JUL 13 P

— DEFENDANT – U.S. —
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

▶ DENNIS COLLINS, aka "Iowa"

DISTRICT COURT NUMBER

CR11 00471 JF PSG

DEFENDANT

IS _NOT_ IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes } If "Yes"
been filed? ☐ No       give date
                       filed

DATE OF
ARREST                 Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
  give name of court

☐ this person/proceeding is transferred from another district
  per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on motion
  of:
      ☐ U.S. ATTORNEY ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
  pending case involving this same
  defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
  before U.S. Magistrate regarding this
  defendant were recorded under

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)      Matthew A. Parrella

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT      Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

— NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

2011 JUL 13 P 2:34

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

### DEFENDANT - U.S.

▶ CHRISTOPHER WAYNE COOPER, aka "Anthrophobic,"

DISTRICT COURT NUMBER

CR11 00471 JF

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant
} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned) Matthew A. Parrella

### DEFENDANT

IS **NOT** IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes
been filed? ☐ No
If "Yes"
give date
filed

DATE OF
ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

| OFFENSE CHARGED | |
| --- | --- |
| Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy; | ☐ Petty |
| Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B); (i) - Intentional Damage to A Protected Computer. | ☐ Minor |
| | ☐ Misdemeanor |
| | ☒ Felony |
| PENALTY: Count 1: 5 years imprisonment; $250,000 fine | |
| Counts 2-14: 10 years imprisonment each count; $250,000 fine each count. | |

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

SAN JOSE DIVISION

2011 JUL 13 P 2: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. SAN JOSE

DEFENDANT - U.S

▶ JOSHUA JOHN COVELLI, aka "Absolem" and, "Toxic,"

DISTRICT COURT NUMBER

CR11 00471 JF

PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form — MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) — Matthew A. Parrella

### DEFENDANT

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT        Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _Δ3_

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (I) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

FILED
2011 JUL 13 P 2: 35

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DI ST. SAN JOSE

### DEFENDANT - U.S

KEITH WILSON DOWNEY

DISTRICT COURT NUMBER

CR11 00471  JF  PSG

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: }  SHOW DOCKET NO.
  ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

### DEFENDANT

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction }  ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  If "Yes" give date filed
  ☐ No

DATE OF ARREST ▶  Month/Day/Year

Or.. if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

A4

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

2011 JUL 13 P 2:35

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) ¬ Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:  Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

CR11

**DEFENDANT - U.S**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
SAN JOSE

▶ MERCEDES RENEE HAEFER, aka "No," and "mmmm,"

**DISTRICT COURT NUMBER**

00471

JF

PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew A. Parrella

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior ▶
      summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction  }  ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes  }  If "Yes"
been filed?    ☐ No      give date
                          filed

**DATE OF
ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**  ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Bail Amount: None

\* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:   D5

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY:  ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐ +

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FILED*
2011 JUL 13 P 3:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CT. S.J.

─── DEFENDANT - U.S. ───

▶ DONALD HUSBAND, aka "Ananon,"

DISTRICT COURT NUMBER

**CR11   00471**   JF   PSG

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

} MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

─── **DEFENDANT** ───

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
       summons was served on above charges   ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
   _____

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction   } ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
       If answer to (6) is "Yes", show name of institution
   _____

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date
                       filed   _____

DATE OF   ▶   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                          Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) – Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) – Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY:   Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

**[+]**

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OR CALIFORNIA**
SAN JOSE DIVISION

2011 JUL 13 P 3: 50

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. OF CAL S.J.

#### DEFENDANT - U.S

VINCENT CHARLES KERSHAW, aka "Trivette," "Troll" and
"Reaper,"

DISTRICT COURT NUMBER

## CR11   00471

JF PSG

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:                                      SHOW
      ☐ U.S. ATTORNEY ☐ DEFENSE          DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant                              MAGISTRATE
                                          CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form          MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)          Matthew A. Parrella

Has detainer      ☐ Yes     If "Yes"
been filed?                   give date
                  ☐ No       filed

DATE OF                Month/Day/Year
ARREST         ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED       Month/Day/Year
TO U.S. CUSTODY   ▶

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT
If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Bail Amount: None

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

A7

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
2011 JUL 13 P 3 50

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:   Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

DEFENDANT - U.S

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
SAN JOSE

► ETHAN MILES

DISTRICT COURT NUMBER

CR11 00471

JF PSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                              SHOW
                                                 DOCKET NO.
   ☐ U.S. ATTORNEY   ☐ DEFENSE   }

☐ this prosecution relates to a
pending case involving this same
defendant                                        MAGISTRATE
                                                 CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this   }
defendant were recorded under

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG
         ☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew A. Parrella

### DEFENDANT

IS *NOT* IN CUSTODY
   Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges   ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   }   ☒ Federal   ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    }   give date
                           filed

DATE OF
ARREST        Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY   ►

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
2011 JUL 13 P 3:50

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐ +

### DEFENDANT - U.S

▶ JAMES C. MURPHY

DISTRICT COURT NUMBER

CR11 00471

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

JFPSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                              SHOW
☐ U.S. ATTORNEY ☐ DEFENSE    DOCKET NO.

} 

☐ this prosecution relates to a
pending case involving this same
defendant                        MAGISTRATE
                                 CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

}

Name and Office of Person
Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    Matthew A. Parrella

### DEFENDANT

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction       } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    If "Yes"
been filed?    ☐ No      give date
                         filed
                         Month/Day/Year
DATE OF
ARREST ▶
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶        Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

---

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
     meanor
☒ Felony

PENALTY:   Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

2011 JUL 13  P 3: 51        SAN JOSE DIVISION

### DEFENDANT - U.S

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT

▶ DREW ALAN PHILLIPS, aka "Drew010,"     JF   **PSG**

### DISTRICT COURT NUMBER

CR 11 00471

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
    give name of court

☐ this person/proceeding is transferred from another district
    per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on motion
    of:
          ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a
    pending case involving this same
    defendant

☐ prior proceedings or appearance(s)
    before U.S. Magistrate regarding this
    defendant were recorded under

}   SHOW
    DOCKET NO.

}   MAGISTRATE
    CASE NO.

Name and Office of Person
Furnishing Information on this form     MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)     Matthew A. Parrella

---

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒   Has not been arrested, pending outcome this proceeding.
        If not detained give date any prior
        summons was served on above charges   ▶

2) ☐   Is a Fugitive

3) ☐   Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐   On this charge

5) ☐   On another conviction                    }  ☒ Federal  ☐ State

6) ☐   Awaiting trial on other charges
        If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes    }  If "Yes"
been filed?    ☐ No          give date
                              filed

**DATE OF
ARREST**   ▶          Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**   ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
   meanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine.

Count 2-14: 10 years imprisonment each count;
$250,000 fine each count.

➕

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2011 JUL 13  P 3: 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. SAN JOSE

#### DEFENDANT - U.S

▶ JEFFREY PUGLISI, aka, "Jeffer," "Jefferp," and "Ji,"

DISTRICT COURT NUMBER

JF PSG

# CR11 00471

DEFENDANT

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                                    } SHOW
                                         DOCKET NO.
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a
pending case involving this same
defendant                              } MAGISTRATE
                                         CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form      MELINDA HAAG

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)                 Matthew A. Parrella

---

### IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
   summons was served on above charges  ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction              } ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes      } If "Yes"
been filed?    ☐ No          give date
                             filed

DATE OF                      Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED           ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount: None
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance       * Where defendant previously apprehended on complaint, no new summons or
Defendant Address:                            warrant needed, since Magistrate has scheduled arraignment

Date/Time:                                  Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
FILED
2011 JUL 13  P 3:51
SAN JOSE DIVISION

### — OFFENSE CHARGED —

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts: 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:  Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

— DEFENDANT - U.S.

RICHARD W. WIEKING
► DANIEL SULLIVAN CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

JF PSC

DISTRICT COURT NUMBER

# CR11   00471

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

} MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on this form   MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Matthew A. Parrella

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
   summons was served on above charges ►_____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      } ☒ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes   If "Yes"
been filed?  ☐ No     give date
                      filed _____
                      Month/Day/Year

DATE OF
ARREST ►_____
Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ►_____
TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

_____

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____  DI2

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

### OFFENSE CHARGED

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I),
(c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count;
$250,000 fine each count.

☐ DEFENDANT - U.S.

▶ TRACY ANN VALENZUELA

DISTRICT COURT NUMBER

## CR11   00471

JFPSG

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Matthew A. Parrella

### DEFENDANT

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☒ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Bail Amount: None

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

Count 1: 18 U.S.C. §§ 1030(b), (c)(4)(A)(i)(I) - Conspiracy;

Counts 2-14: 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(B); (i) - Intentional Damage to A Protected Computer.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  Count 1: 5 years imprisonment; $250,000 fine.

Counts 2-14: 10 years imprisonment each count; $250,000 fine each count.

➕

---

**Name of District Court, and/or Judge/Magistrate Location**

FILED

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

2011 DEFENDANT - U.S. 51

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

▸ CHRISTOPHER QUANG VO

**DISTRICT COURT NUMBER**

CR11  00471  JF  PSG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Special Agent Melanie Adams, FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.
}

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.
}

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form    MELINDA HAAG

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Matthew A. Parrella

---

**DEFENDANT**

**IS NOT IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☒ Federal  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

Bail Amount: None

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:          Before Judge:

Comments: