1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   MATTHEW A. PARRELLA (NYSBN 2040855)
5  Assistant United States Attorneys

6  150 Almaden Boulevard, Suite 900
   San Jose, California 95113
7  Tel: (408) 535-5054
   Fax: (408) 535-5066 (facsimile)
8
9  Attorneys for the United States of America

SEALED BY ORDER OF THE COURT

**FILED**

JUL 13 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JF    PSG

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR11 00471 |
| Plaintiff, | |
| v. | UNITED STATES' APPLICATION TO SEAL INDICTMENT AND [PROPOSED] ORDER |
| DENNIS COLLINS, aka "Iowa," CHRISTOPHER WAYNE COOPER, aka "Anthrophobic," JOSHUA JOHN COVELLI, aka "Absolem, and, "Toxic," KEITH WILSON DOWNEY, MERCEDES RENEE HAEFER, aka "No," and "mmmm," DONALD HUSBAND, aka "Ananon," VINCENT CHARLES KERSHAW, aka "Trivette," "Triv," and "Reaper," ETHAN MILES, JAMES C. MURPHY, DREW ALAN PHILLIPS, aka "Drew010," JEFFREY PUGLISI, aka "Jeffer," "Jefferp," and "Ji," DANIEL SULLIVAN, TRACY ANN VALENZUELA, CHRISTOPHER QUANG VO, | (UNDER SEAL) |
| Defendants. | |

The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court because the defendants named above have not yet been arrested and the investigation and efforts to locate the defendant are ongoing.

The United States requests copies of the sealed indictment, arrest warrant and this Application and Order.

DATED: July 13, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

*/s/*

MATTHEW A. PARRELLA
HANLEY CHEW
Assistant United States Attorneys

## [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, arrest warrant, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of these documents to the United States Attorney's Office and to Special Agents of the Federal Bureau of Investigation .

DATED: July 13, 2011

~~PAUL S. GREWAL~~ Howard R. Lloyd
United States Magistrate Judge