Thomas J. Nolan (SBN 48413)

**Nolan, Armstrong & Barton, LLP**
600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
Joshua Covelli

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA COVELLI, ET AL.<br><br>Defendant. | Case No. CR 11-00471<br><br>NOTICE OF MOTION AND MOTION FOR THE PRODUCTION OF DOCUMENTS FROM PAYPAL/EBAY, INC.<br><br>Date:   January 10, 2013<br>Time:  10:30 a.m.<br>Dept:   Hon. Paul Singh Grewal |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE ASSISTANT UNITED STATES ATTORNEY:

Please take notice that on January 10, 2013 at 9:00 a.m., or as soon thereafter, as the matter may be heard in the above entitled court, defendant Joshua Covelli, by and through counsel, Thomas J. Nolan, will move the court to disclose records produced subject to a subpoena duces tecum served on PayPal/eBay, Inc..

This motion will be made on the grounds that Mr. Covelli is entitled to the collection of such documents under the Federal Rules of Criminal Procedure, Rule 17 and the compulsory process and due process clauses of the United States Constitution. This motion is based on this

//

//

NOTICE OF MOTION AND MOTION FOR THE PRODUCTION OF DOCUMENTS FROM PAYPAL/EBAY, INC.
CASE NUMBER CR 11-00471

1

1  notice and on such further evidence as may be presented at the hearing on this motion.

2

3                                              NOLAN, ARMSTRONG & BARTON, LLP

4

5  Dated: December 27, 2012            _____/s/_____
                                        Thomas J. Nolan
6                                       Attorney for Defendant
                                        Joshua Covelli
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF MOTION AND MOTION FOR THE PRODUCTION OF DOCUMENTS FROM PAYPAL/EBAY, INC.**
**CASE NUMBER CR 11-00471**

## PROOF OF SERVICE

UNITED STATES DISTRICT COURT        )        *United States v. Joshua Covelli, et al.*
                                    )
NORTHERN DISTRICT OF CA-SAN JOSE )        Case No. CR 11-00471

I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is: 600 University Avenue, Palo Alto, California, 94301.

On December 27, 2012, I served the following documents upon the interested parties in this action by the method(s) indicated below:

**NOTICE OF MOTION AND MOTION FOR THE PRODUCTION OF DOCUMENTS FROM PAYPAL/EBAY, INC.**

　xx　 **By First Class Mail:**        by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the U.S. Post Office Box addressed as follows:

**Angela Dunning**
**Cooley LLP**
**3175 Hanover Street**
**Palo Alto, CA 94304**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 27, 2012, at Palo Alto, California.

*/s/ Jenny Brandt*
Jenny Brandt

3