# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Criminal Minute Order

Date: January 10, 2013                                Time in Court: 34 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:47 to 11:11)

**TITLE: U.S.A v. Joshua John Covelli (NC)(NP)**
**CASE NUMBER**: **CR11-00471 DLJ (PSG)**
Government Attorney(s) present: Grant Fondo, Hanley Chew and Matthew Parrella
Defendant Attorney(s) present: Thomas Nolan and Shira Kieval
PayPal/Ebay, Inc. Attorney(s) present: Angela Dunning
U.S. Pretrial Services Officer(s) present: Jaime Carranza

### PROCEEDINGS:
### Defendant's Motion for Production of Documents from PayPal/Ebay, Inc. (Doc. 398)

Defendant is out of custody and not present.
Counsel present oral arguments.
The court sets motion for protective order briefing schedule:
PayPal/Ebay, Inc. to file motion for protective order no later than 1/17/13;
defense attorneys and government to file any opposition by 1/24/13;
reply to be submitted by 1/31/13;
motion for protective order to be set for 2/7/13 at 10:30 a.m.

///