Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Ethan Miles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| United States of America | **11-CR-00471-DLJ** |
|---|---|
| Plaintiff, | |
| vs. | **Stipulation, Request, and [PROPOSED] Order for Settlement Conference Referral** |
| Dennis Collins, et al. | |
| Defendants. | |

The parties, the Government and all defendants in the above captioned matter, by and through their respective counsel, hereby stipulate and request a referral pursuant to Crim. L.R. 11-1(a) to United Stated Magistrate Judge Laurel Beeler for March 1, 2013 at 9:30am in Courtroom C at the San Francisco Courthouse.

Counsel for Ethan Miles has spoken with Judge Beeler's courtroom clerk, who has reserved March 1st for a full day settlement conference in this matter.

Dated: __2/6/13_____

_____/s/_____
Matthew Parella
Assistant United States Attorney

**STIPULATION AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE**

          /s/
Hanley Chew
Assistant United States Attorney

          /s/
Graham Archer
Attorney for Ethan Miles

          /s/
Alexis Briggs
Attorney for Christopher Vo

          /s/
George Boisseau
Attorney for Drew Phillips

          /s/
Robert Carey
Attorney for James Murphy

          /s/
Stanley Cohen
Attorney for Mercedes Haefer

          /s/
Omar Figueroa
Attorney for Vincent Kershaw

          /s/
John Hamasaki
Attorney for Keith Downey

          /s/
Peter Leeming
Attorney for Dennis Collins

          /s/
John Lueck
Attorney for Jeffrey Puglisi

          /s/
Thomas Nolan
Attorney for Joshua Covelli

**STIPULATION AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE**

|  |  |
|---|---|
| 1 | _____/s/_____ |
| 2 | Michelle Spencer<br>Attorney for Daniel Sullivan |
| 3 | _____/s/_____ |
| 4 | James McNair Thompson<br>Attorney for Tracy Valenzuela |
| 5 | _____/s/_____ |
| 6 | Ean Vizzi<br>Attorney for Donald Husband |
| 7 |  |
| 8 | _____/s/_____<br>Wm Michael Whelan |
| 9 | Attorney for Christopher Cooper |

**STIPULATION AND REQUEST FOR REFERRAL TO SETTLEMENT CONFERENCE**

|   |   |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Dennis Collins, et al.<br><br>Defendants. | **11-CR-00471-DLJ**<br><br>**[PROPOSED] Order for Settlement Conference Referral** |
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|   |   |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Dennis Collins, et al.<br><br>Defendants. | **11-CR-00471-DLJ**<br><br>**[PROPOSED] Order for Settlement Conference Referral** |

Having received a stipulation and request for Referral to Settlement Conference pursuant to Crim L.R. 11-1(a), the Court hereby refers the above captioned matter and all parties to Magistrate Judge Laurel Beeler on March 1, 2013 at 9:30am for Settlement Conference. Pursuant to Crim L.R. 11-1(b), IT IS SO ORDERED.

Dated:

———————————————
Hon. D. Lowell Jensen
U.S. District Judge