Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant DENNIS COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR-11 00471 DLJ [PSG] |
| **Plaintiff,** | **DEFENDANT DENNIS COLLINS'** |
| vs. | **EX PARTE MOTION FOR TRAVEL TO AND FROM SAN FRANCISCO** |
| **DENNIS COLLINS, et al,** | **TO ATTEND SETTLEMENT CONFERENCE** |
| **Defendants** | |

Defendant Dennis Collins, by and through his attorney Peter A. Leeming, hereby moves the Court for an order, pursuant to 18 U.S.C. Sect. 4285, to order the United States Marshal to provide funds for transporting Mr. Dennis Collins to and from San Francisco from he Toledo airport in Ohio, in order to attend a settlement conference on May 13, 2013.

DEFENDANT DENNIS COLLINS' MOTION FOR TRAVEL 1

In support of this motion Mr. Collins respectfully states as follows:

1. Mr. Collins has appointed counsel and has previously been found to be indigent.

2. Mr. Collins is a resident of Toledo, Ohio, but is charged in San Jose, California. This motion seeks transportation to and from San Francisco as a settlement conference is scheduled to occur there on May 13, 20013 at 9:00 A.M..

3. Mr. Collins respectfully requests that his return flight be scheduled for Tuesday, May 14, 2013 in order to allow him time to consult with his attorney.

For the above reasons, Mr. Collins respectfully requests that the Court grant this motion for travel.

Respectfully submitted

Dated: May 7, 2013          By:_____/S/_____
                               PETER A. LEEMING, attorney
                               for DENNIS COLLINS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00471 DLJ |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| DENNIS COLLINS, et al, | |
| Defendants | |

## ORDER

Upon application of the defendant, DENNIS COLLINS, and good cause appearing, IT IS HEREBY ORDERED that The United States Marshals Service pay for and arrange for the transportation of the defendant Dennis Collins from the Toledo Ohio Airport to San Francisco on May 12, 2013 for the settlement conference scheduled for May 13, 2013 at 9:00, with the return flight to be scheduled for Tuesday, May 14, 2013, in order to allow Mr. Collins time to consult with his attorney.

Dated: _____          _____
HON. Paul S. Grewal
United States Magistrate Judge

DEFENDANT DENNIS COLLINS' MOTION FOR TRAVEL 3