UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00471 DLJ (LB) |
| Plaintiff, | **ORDER REGARDING TRAVEL** |
| v. | |
| DENNIS COLLINS, et al., | |
| Defendants. | |

This order applies to defendants Mercedes Renee Haefer, Christopher Cooper, Joshua John Covelli, Keith Wilson Downey, and Ethan Haindl Miles. This order authorizes their return travel today or at such that the United States Marshals Service can arrange it.

**IT IS SO ORDERED.**

Dated: May 14, 2013

_____
LAUREL BEELER
United States Magistrate Judge

ORDER RE TRAVEL
CR 11-00471 DLJ (LB)