Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant DENNIS COLLINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11 00471 DLJ |
| Plaintiff, | DEFENDANT DENNIS COLLINS' STATUS CONFERENCE STATEMENT |
| vs. | |
| DENNIS COLLINS, et al, | |
| Defendants | |

Defendant Dennis Collins, by and through his attorney Peter A. Leeming, submits the following for the Court's consideration at the status conference in the above matter, currently set for October 31, 2013.

DEFENDANT DENNIS COLLINS' STATUS CONFERENCE STATEMENT 1

1   The Court is aware that the parties have been actively negotiating a global settlement of this case.  Mr. Collins was hopeful that the global settlement could be reached on October 31, 2013.

Unfortunately, Mr. Collins has been indicted in the Eastern District of Virginia for conduct allegedly similar to that charged in the instant case.  (CR 1-13-383, filed October 3, 2013.)  Due to this new indictment, Mr. Collins is currently not is a position to resolve the present matter.

Counsel for Mr. Collins has discussed the new indictment with the government, and the government has agreed to exclude Mr. Collins from the global settlement currently pending.

Mr. Collins has previously executed a written waiver of his appearance.  For the above reasons, Mr. Collins respectfully requests that his presence be excused on October 31, 2013.

Dated:  October 28, 2013          By:_____/S/_____
                                  PETER A. LEEMING, attorney
                                  for DENNIS COLLINS

DEFENDANT DENNIS COLLINS' STATUS CONFERENCE STATEMENT 2