JOHN D. LUECK
Bar Number: 071746
Law Offices of John D. Lueck, Inc.
8034 Haven Ave., Ste. A
Rancho Cucamonga, CA 91730
(909) 484-1963

Attorney for Jeffrey Puglisi

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 5:11-cr-00471 DLJ |
| ) | |
| Plaintiff, ) | PRETRIAL CONFERENCE STATEMENT |
| ) | |
| ) | |
| JEFFREY PUGLISI, et al, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

    This matter is set for Status Conference is scheduled for on Thursday, October 31, 2013, at 9:00 a.m.. Defendant Puglisi plans to be present, and prepared to accept the plea agreement most recently extended by the government, with all other defendants if possible, in conjunction with other willing co-defendants if not, should that be an option.

    Should the government refuse to accept his plea on the terms it proposed, defendant Puglisi would urge a trial date in June or July of 2014.

                                        Respectfully submitted

Dated: October 29, 2013                                   /s/
                                                    John D. Lueck, Attorney for Defendant Puglisi