1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6      150 Almaden Blvd., 9th Floor
       San Jose, California 95113
7      Telephone: (408) 535-5042
       FAX: (408) 535-5066
8      matthew.parrella@usdoj.gov

9  Attorneys for United States of America

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,              )  No. CR 11-00471-DLJ
                                          )
15        Plaintiff,                      )  STIPULATION AND [] ORDER
                                          )  CONTINUING STATUS CONFERENCE FROM
16     v.                                 )  MAY 15, 2014 TO JULY 24, 2014 AND
                                          )  EXCLUDING TIME FROM MAY 15, 2014 TO
17 DENNIS COLLINS,                        )  JULY 24, 2014, FROM CALCULATIONS UNDER
                                          )  THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)
18        Defendant.                      )
                                          )
19 _____)

20      The parties hereby request that the Court enter this order vacating the status conference in this

21 matter scheduled for May 15, 2014, setting a further status conference for July 24, 2014, and excluding

22 time from May 15, 2014 through July 24, 2014. The parties, including the defendant Dennis Collins,

23 stipulate as follows:

24 1.   Defendant understands and agrees to the exclusion of time from calculations under

25 the Speedy Trial Act, 18 U.S.C. § 3161, from May 15, 2014 through July 24, 2014, based upon the need

26 for the defense counsel to investigate further the facts of the present case. The government has provided

27 considerable discovery in the present case, and defense counsel need time to review the discovery,

28 evaluate further possible defenses and motions available to the defendant.

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ

2. In addition, the United States Attorney's Office for the Eastern District of Virginia has charged defendant for similar criminal conduct in <u>United States v. Dennis Collins, et. al.</u>, No. 1:13-CR-00383 LO.  The District Court in that case has scheduled a motions hearing for May 2, 2014, and trial for October 7, 2014.  Defendants have filed approximately 30 motions in the case in Virginia.  The government anticipates that the motion hearing will take several weeks because of the testimony that will need to be heard in connection with those motions.  A decision on these motions is not expected for several months.  The parties agree that a status conference will not be meaningful until many of the motions filed in the Virginia case are resolved.

3. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believe the exclusion of time is necessary for effective preparation of the defense; believe the exclusion is in the defendant's best interests; and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from May 15, 2014 through July 24, 2014.

Given these circumstances, the parties believe, and request that the Court vacate the May 15, 2014 status conference, set July 24, 2014 as a further status hearing and find, that the ends of justice are served by excluding from calculations the period from May 15, 2014 through July 24, 2014, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 4/28/14

                                         /s/
                                   PETER LEEMING
                                   Attorney for Defendant

DATED: 4/28/14                    MELINDA HAAG

                                   United States Attorney

                                      /s/
                                   MATTHEW A. PARRELLA
                                   HANLEY CHEW
                                   Assistant United States Attorneys

[] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from May 15, 2014 through July 24, 2014 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from May 15, 2014 through July 24, 2014.

Accordingly, the Court further orders that (1) the status conference in this matter scheduled for May 15, 2014 is vacated; (2) a further status conference is scheduled for July 24, 2014; and (3) the time from May 15, 2014 through July 24, 2014 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: Í ⌿⌿

HON. D. LOWELL JENSEN
U.S. DISTRICT COURT JUDGE

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ