1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6      150 Almaden Blvd., 9th Floor
       San Jose, California 95113
7      Telephone: (408) 535-5042
       FAX: (408) 535-5066
8      matthew.parrella@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 11-00471-DLJ |
| Plaintiff, | STIPULATION AND ] ORDER CONTINUING STATUS CONFERENCE FROM JULY 24, 2014 TO OCTOBER 9, 2014, AND EXCLUDING TIME FROM JULY 24, 2014 TO OCTOBER 9, 2014, FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161) |
| v. | |
| DENNIS COLLINS, | |
| Defendant. | |

The parties hereby request that the Court enter this order vacating the status conference in this matter scheduled for July 24, 2014, setting a further status conference for October 9, 2014, and excluding time from July 24, 2014 through October 9, 2014.  The parties, including the defendant Dennis Collins, stipulate as follows:

1. Defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 24, 2014 through October 9, 2014, based upon the need for the defense counsel to investigate further the facts of the present case.  The government has provided considerable discovery in the present case, and defense counsel need time to review the discovery, evaluate further possible defenses and motions available to the defendant.

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ

2.	In addition, the United States Attorney's Office for the Eastern District of Virginia has charged defendant for similar criminal conduct in <u>United States v. Dennis Collins, et. al.</u>, No. 1:13-CR-00383 LO.  The District Court in that case has scheduled trial for October 7, 2014.   The parties agree that a status conference will not be meaningful until it can be determined whether the criminal case in the Eastern District of Virginia will resolve through a guilty plea or trial.

3.	The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believe the exclusion of time is necessary for effective preparation of the defense; believe the exclusion is in the defendant's best interests; and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from July 24, 2014 through October 9, 2014.

Given these circumstances, the parties believe, and request that the Court vacate the July 24, 2014 status conference, set October 9, 2014 as a further status hearing and find, that the ends of justice are served by excluding from calculations the period from July 24, 2014 through October 9, 2014, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 7/15/14

      /s/
PETER LEEMING
Attorney for Defendant

DATED: 7/15/14		MELINDA HAAG

United States Attorney

      /s/
MATTHEW A. PARRELLA
HANLEY CHEW
Assistant United States Attorneys

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ

|   |   |
|---|---|
| 1 | [] ORDER |

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from July 24, 2014 through October 9, 2014 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from July 24, 2014 through October 9, 2014.

Accordingly, the Court further orders that (1) the status conference in this matter scheduled for July 24, 2014 is vacated; (2) a further status conference is scheduled for October 9, 2014; and (3) the time from July 24, 2014 through October 9, 2014 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: _____

_____
HON. D. LOWELL JENSEN
U.S. DISTRICT COURT JUDGE

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ