1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  MATTHEW A. PARRELLA (NYBN 2040855)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6    150 Almaden Blvd., 9th Floor
     San Jose, California 95113
7    Telephone: (408) 535-5042
     FAX: (408) 535-5066
8    matthew.parrella@usdoj.gov

9  Attorneys for United States of America

10
11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                         SAN JOSE DIVISION

14 | UNITED STATES OF AMERICA, | ) No. CR 11-00471-DLJ
15 | Plaintiff, | ) STIPULATION AND [] ORDER
                   ) CONTINUING STATUS CONFERENCE FROM
16 | v. | ) OCTOBER 9, 2014 TO FEBRUARY 26, 2015, AND
            ) EXCLUDING TIME FROM OCTOBER 9, 2014 TO
17 | DENNIS COLLINS, | ) FEBRUARY 26, 2015, FROM CALCULATIONS
                     ) UNDER THE SPEEDY TRIAL ACT (18 U.S.C. §
18 | Defendant. | ) 3161)
19

20     The parties hereby request that the Court enter this order vacating the status conference in this
21 matter scheduled for October 9, 2014, setting a further status conference for October 9, 2014, and
22 excluding time from October 9, 2014 through February 26, 2015.  The parties, including the defendant
23 Dennis Collins, stipulate as follows:
24 1.    Defendant understands and agrees to the exclusion of time from calculations under
25 the Speedy Trial Act, 18 U.S.C. § 3161, from October 9, 2014 through February 26, 2015, based upon
26 the need for the defense counsel to investigate further the facts of the present case.  The government has
27 provided considerable discovery in the present case, and defense counsel need time to review the
28 discovery, evaluate further possible defenses and motions available to the defendant.

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ

2. In addition, the United States Attorney's Office for the Eastern District of Virginia has charged defendant for similar criminal conduct in <u>United States v. Dennis Collins, et. al.</u>, No. 1:13-CR-00383 LO. Defendant pled guilty to a misdemeanor charge in the Eastern District of Virginia on September 29, 2014. Defendant's sentencing is scheduled for February 20, 2015. The parties agree that a status conference will not be meaningful until the criminal case in the Eastern District of Virginia is concluded. The parties will meet after defendant is sentenced in the criminal case in the Eastern District of Virginia to determine what is an appropriate course of action.

3. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believe the exclusion of time is necessary for effective preparation of the defense; believe the exclusion is in the defendant's best interests; and further agree that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from October 9, 2014 through February 26, 2015.

Given these circumstances, the parties believe, and request that the Court vacate the October 9, 2014 status conference, set February 26, 2015 as a further status hearing and find, that the ends of justice are served by excluding from calculations the period from October 9, 2014 through February 26, 2015, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 10/6/14

    /s/
PETER LEEMING
Attorney for Defendant

DATED: 10/6/14            MELINDA HAAG

United States Attorney

    /s/
MATTHEW A. PARRELLA
HANLEY CHEW
Assistant United States Attorneys

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ

1 [] ORDER

2  Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from October 9, 2014 through February 26, 2015 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from October 9, 2014 through February 26, 2015.

Accordingly, the Court further orders that (1) the status conference in this matter scheduled for October 9, 2014 is vacated; (2) a further status conference is scheduled for February 26, 2015; and (3) the time from October 9, 2014 through February 26, 2015 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 

_____
HON. D. LOWELL JENSEN
U.S. DISTRICT COURT JUDGE

STIPULATION AND [] ORDER
NO. CR 11-00471 DLJ