# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

## Report on Offender Under Supervision

**Name of Offender**
Shannon Brewer

**Docket Number**
0971 5:13CR00125-001 DLJ

**Name of Sentencing Judge:** The Honorable D. Lowell Jensen
Senior United States District Judge

**FILED**
MAR 12 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Date of Original Sentence:** April 10, 2014

**Original Offense**
18 U.S.C. § 656 - Theft by a Bank Employee, class A misdemeanor

**Original Sentence:** 13 months probation
**Special Conditions:** $25 special assessment; $214,458 restitution; 13 months LMON; drug testing and treatment; abstain from alcoholic beverages; mental health treatment; no fiduciary capacity; no new lines of credit and/or debit; access to financial information; search

**Prior Form(s) 12:** none

This matter is being assigned to the Honorable Edward J. Davila as a duty matter.

**Type of Supervision**
Probation
**Assistant U.S. Attorney**
Jeffrey D. Nedrow & Amber Rosen

**Date Supervision Commenced**
April 10, 2014
**Defense Counsel**
Benjamin Winn Williams (Appointed)

## Petitioning the Court to Take Judicial Notice

### Cause

On April 10, 2014, the offender was ordered to pay restitution in the amount of $214,458. According to the Offender Payment Enhanced Report Access (OPERA) dated February 2, 2015, the offender's outstanding restitution balance remains at $213,658.

RE:  Brewer, Shannon                                                                                                              2
       0971 5:13CR00125-001 DLJ

### Action Taken and Reason

Since beginning her term of supervision on April 10, 2014, Ms. Brewer has maintained stable employment, stable residence, and has had regular contact with this officer. She has been in compliance with her location monitoring, attends weekly mental health counseling, and drug test regularly with negative results.

To date, Ms. Brewer, has only been able to pay $500 toward her restitution balance and has not been able to make a payment since October 2014. Ms. Brewer advised this officer that in November 2014, her father left her mother and their residence unexpectedly, leaving Ms. Brewer and her brother to cover the rent for her mother. Ms. Brewer, who resides at the residence with her two daughters and her mother, stated that since that time, all income has gone toward covering her share of the rent and providing for her two daughters.

U.S. Probation Office requests that the offender's probation be allowed to terminate on May 9, 2015. The offender understands that she must continue making payments through the U.S. Attorney's Office-Financial Litigation Unit, after the expiration of her probation. Additionally, on February 19, 2015, Ms. Brewer had her 2015 tax return of $9,132 taken by the Department of the Treasury to go toward her outstanding balance.

Pursuant to 18 USC § 3613 (b) and (f), the liability to pay restitution shall terminate the later of 20 years from the entry of judgment or 20 years after the release from imprisonment. Therefore, the United States Attorney's Office has the authority to collect monies from the offender until April 10, 2034. It is recommended the offender terminate from her supervision with an outstanding restitution balance.

Respectfully submitted,                                      Reviewed by:

_Richard A. Brown_                                          _Susan Portillo_
Richard A. Brown                                             Susan Portillo
U.S. Probation Officer Specialist                       Supervisory U.S. Probation Officer
Date Signed: March 9, 2015

**RE:** Brewer, Shannon 3
0971 5:13CR00125-001 DLJ

---

THE COURT ORDERS:

[X] The Court concurs and takes judicial notice
[ ] Submit a request to modify supervision
[ ] Submit a request for a warrant
[ ] Submit a request for summons
[ ] Other: _____.

_____3/12/15_____          _____
Date                       Edward J. Davila
                           United States District Judge